724 A.2d 800

W.S. FREY COMPANY, INC., PLAINTIFF–RESPONDENT, v.
CLIFFORD HEATH, JR., DEFENDANT–PETITIONER.

November 20, 1998.

Petition for certification is granted, and the matter is summarily remanded on a limited basis to permit the trial court to conduct and complete, within sixty days of the filing date of this Order, the proceedings ordered by the Appellate Division in its June 16, 1998, opinion.

Jurisdiction is otherwise retained.